JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JAMES E. W., II,[1]<br><br>        Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 25-00872-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: May 12, 2026

                               _____/s/_____
                                   ALKA SAGAR
                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1